

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEKARA MIRHAN DADA,<br><br>                                   Petitioner,<br><br>    v.<br><br>WARDEN JEREMY CASEY,<br><br>                                   Respondent. | Case No.:  26cv1830 DMS MSB<br><br>**ORDER REQUIRING RESPONSE** |

On March 23, 2026, Petitioner filed a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241.  Respondent shall file his response to the Petition on or before **April 6, 2026**.  Petitioner shall file his reply on or before **April 9, 2026**.  Unless the Court orders otherwise, the matter will be submitted on the papers without oral argument.

To maintain the status quo, Respondent, his officers, agents, servants, employees, attorneys, and other persons who act in concert or participation with Respondent **MUST NOT** transfer Petitioner outside the Southern District of California pending the Court's resolution of the Petition.  *See Doe v. Bondi*, Case No.: 25-cv-805-BJC-JLB, 2025 WL 1870979 at *1 (S.D. Cal. June 11, 2025) ("Federal courts retain jurisdiction to preserve the status quo while determining whether [they have] subject matter jurisdiction over a case

26cv1830 DMS MSB

and while a petition is pending resolution from the court.") (collecting cases).

**IT IS SO ORDERED**.

Dated:  March 30, 2026

_____
Hon. Dana M. Sabraw
United States District Judge