**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

BEKARA MIRHAN DADA,

Petitioner,

v.

WARDEN JEREMY CASEY,

Respondent.

Case No.: 26cv1830 DMS MSB

**ORDER GRANTING PETITION**

This case comes before the Court on the Petition for Writ of Habeas Corpus. Respondents filed a Return to the Petition in which they concede "that this Court should order that Petitioner receive a bond hearing, where the government would bear the burden of proof of establishing, by clear and convincing evidence, that Petitioner poses a danger to the community or a risk of flight." (Return at 1-2.) Accordingly, Respondents are directed to arrange an individualized bond hearing for Petitioner before an immigration judge within seven (7) days of this Order. Respondent is ordered to file a Status Report within fourteen (14) days of this Order's entry confirming Petitioner received a bond hearing and setting out the results of that hearing.

**IT IS SO ORDERED**.

Dated: May 20, 2026

Hon. Dana M. Sabraw
United States District Judge