**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

BEKARA MIRHAN DADA,

Petitioner,

v.

WARDEN JEREMY CASEY,

Respondent.

Case No.: 26cv1830 DMS MSB

**ORDER GRANTING MOTION FOR APPOINTMENT OF COUNSEL**

Pursuant to Chief Judge Order No. 134-A, Petitioner's request for appointment of counsel is granted. Federal Defenders of San Diego, Inc. ("FDSDI") is hereby appointed as counsel, effective immediately. The Clerk of Court shall provide notice of this appointment to FDSDI through CAS_2241@fd.org. On or before **September 2, 2026**, FDSDI shall file a status report or an amended petition.

**IT IS SO ORDERED.**

Dated: August 26, 2026

Hon. Dana M. Sabraw
United States District Judge