# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

BEKARA MIRHAN DADA,

Petitioner,

v.

WARDEN JEREMY CASEY,

Respondent.

Case No.: 26cv1830 DMS MSB

**ORDER REQUIRING RESPONSE**

Petitioner's motion to enforce judgment is currently pending before the Court. Respondents shall file their response to the motion on or before **October 22, 2026**. Petitioner may file a reply on or before **October 27, 2026**.

**IT IS SO ORDERED**.

Dated: October 15, 2026

Hon. Dana M. Sabraw
United States District Judge